In the Matter of KEVIN GRIFFIN, Appellant, v THOMAS P. DI-NAPOLI, as State Comptroller, et al., Respondents.

Submitted June 22, 2015; decided September 1, 2015

Motion for reargument of motion for leave to appeal denied [*see* 25 NY3d 1037 (2015)].

In the Matter of JACK J. GRYNBERG et al., Respondents, v BP EXPLORATION OPERATING COMPANY LIMITED et al., Appellants.

Submitted June 8, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

DAVID KASSEL, Appellant, v JAMES P. DONOHUE et al., Respondents, et al., Defendants.

Submitted June 15, 2015; decided September 1, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.